IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-313-MOC-DCK

| | |
|---|---|
| LAMONT SMALLWOOD, | )<br>) |
| Plaintiff, | )<br>) **ORDER** |
| v. | )<br>) |
| AMERICAN SIGNATURE HOME INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Local Counsel David A. Pasley on August 5, 2024.

Applicant Oliver D. Frey seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Oliver D. Frey is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 5, 2024

David C. Keesler
United States Magistrate Judge